## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA**     :

   **v.**     :     **3:23-CR-149**

**ALFRED ATSUS (3)**     :
**JOSEPH ATSUS (4)**
        **Defendants**     :

### O R D E R

The parties shall have until **July 5, 2023** to file any Pretrial Motions and Motions *in Limine* in this case.

Jury Selection and Trial are scheduled for **Monday, August 21, 2023 at 9:30 a.m.** in the William J. Nealon Federal Building and United States Courthouse, 235 North Washington Avenue, Scranton, Pennsylvania in Courtroom #3.

s/Malachy E. Mannion
**Malachy E. Mannion**
**United States District Judge**

**Dated: June 16, 2023**
23-149-02