# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| v.    : | 3:23-CR-149 |
| **NICHOLAS DOMBEK**     : | **(JUDGE MANNION)** |
| **DAMIEN BOLAND** | |
| **ALFRED ATSUS**     : | |
| **JOSEPH ATSUS** | |
| **Defendants**     : | |

TYPE OF CASE:   CRIMINAL

## NOTICE OF HEARING

TAKE NOTICE that a proceeding in this case has been **SCHEDULED** for the time and place listed below:

**PLACE:** UNITED STATES DISTRICT COURT  
WILLIAM J. NEALON FEDERAL BLDG. &  
UNITED STATES COURTHOUSE  
235 N. WASHINGTON AVE.  
SCRANTON, PA   18501

**COURTROOM:** 3

**DATE AND TIME:**  
Thursday, March 14, 2024  
at 9:30 a.m.

**TYPE OF PROCEEDING:  STATUS CONFERENCE (Attorneys Only)**

**DATE:** March 11, 2024

PETER J. WELSH, CLERK

s/ G. Gebhardt  
Gina Gebhardt

**TO:**   HON. MALACHY E. MANNION, US DISTRICT JUDGE  
JAMES BUCHANAN, ESQUIRE, AUSA  
ERNEST D. PREATE, ESQUIRE  
MATTHEW L. CLEMENTE, ESQUIRE  
JASON J. MATTIOLI, ESQUIRE  
PATRICK A. CASEY, ESQUIRE  
U.S. PROBATION  
U.S. MARSHAL  
CT. REPORTER