IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 3:23-CR-149 |
| | : | |
| DAMIEN BOLAND, | : | |
| ALFRED ATSUS, | : | |
| JOSEPH ATSUS AND | : | JUDGE MANNION |
| NICHOLAS DOMBEK | : | |
| | : | |
| Defendants. | : | FILED UNDER SEAL |

## ORDER

AND NOW, this ___16th___ day of April 2024, upon consideration of Defendant Joseph Atsus Motion to Continue the Deadline to file Brief in Opposition to Government's Motion to Disqualify Counsel for Joseph Atsus, IT IS HEREBY ORDERED that the Motion is GRANTED. Defendant's Brief in Opposition is due April 22, 2024.

Malachy E. Mannion
United States District Judge