IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 3:23-CR-149 |
| | : | |
| DAMIEN BOLAND, | : | |
| ALFRED ATSUS, AND | : | |
| JOSEPH ATSUS. | : | JUDGE MANNION |
| | : | |
| Defendants. | : | ELECTRONICALLY FILED |

## ORDER

AND NOW, this __ day of July, 2024, upon consideration of Defendant Joseph Atsus' Motion to Exclude Statements Protected Under the Spousal Immunity Privilege, it is hereby GRANTED.

A hearing shall be held on the _____ day of _____, 2024, to determine what statements the Government seeks to admit from Mr. Joseph Atsus' ex-wife, and whether the statements are subject to exclusion in the trial in the case.

                                                                              _____
                                                                              Malachy E. Mannion
                                                                              United States District Judge

10