# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | 3:23-CR-149 |
| v. | : | (JUDGE MANNION) |
| **NICHOLAS DOMBEK, DAMIEN BOLAND, ALFRED ATSUS, and JOSEPH ATSUS,** | : | |
| | : | |
| **Defendants** | : | |

## ORDER

An in person Status Conference is scheduled to occur on **Tuesday, August 13, 2024, at 11:00 a.m.,** in a courtroom to be determined at the William J. Nealon Federal Building and United States Courthouse, 235 North Washington Avenue, Scranton Pennsylvania.

*s/ Malachy E. Mannion*
MALACHY E. MANNION
United States District Judge

**DATE: July 31, 2024**
23-149-10