IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CRIMINAL NO. 3:23-CR-149** |
| v. | **JUDGE MANNION** |
| **JOSEPH ATSUS,** | **ELECTRONICALLY FILED** |
| Defendant. | |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

AND NOW comes Michael A. Comber, Esquire, and files this Motion for Leave to Withdraw.

Attorney Comber respectfully avers that his appearance was entered on September 25, 2024, for the limited purpose of representing Defendant, Joseph Atsus, at the Waiver Colloquy Hearing held that day. (Doc. 146). That hearing concluded and Attorney Casey will continue to represent Mr. Atsus going forward.

WHEREFORE, it is respectfully requested that this Honorable Court grant this Motion for Leave to Withdraw in the above-captioned case.

Respectfully submitted,

*/s/ Michael A. Comber*
PA ID No. 81951
COMBER MILLER LLC
300 Koppers Building
436 Seventh Avenue
Pittsburgh, PA  15219
412-894-1380
412-291-2109 (fax)

Dated: September 27, 2024