# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CR. NO. 3:23-CR-149-01** |
| v. | : | **(JUDGE MANNION)** |
| **JOSEPH ATSUS,** | : | |
| | : | |
| **Defendant.** | | |

## O R D E R

Pending before the court is defendant Joseph Atsus' Motion to Compel Compliance with Subpoena to Joseph R. D'Andrea, Esquire. (Doc. 255).

**IT IS HEREBY ORDERED THAT:**

**(1)** Oral argument is set on the above-referenced motion for **Thursday, January 23, 2025 at 9:00 a.m.**, in **Courtroom No. 3** of the **William J. Nealon Federal Bldg. and U.S. Courthouse**, 235 N. Washington Avenue, Scranton, PA 18501.

**(2)** Both Patrick A. Casey, counsel for defendant Atsus, and Attorney D'Andrea **SHALL** be present for the oral argument.

**(3)** Attorney D'Andrea is directed to bring **ALL** documents requested by way of the subpoena with him to the oral argument.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: January 22, 2025**
23-149-34