

January 12, 2026

**VIA ECF**

Honorable Malachy E. Mannion
United States District Court for the
 Middle District of Pennsylvania
William J. Nealon Federal Building
235 N. Washington Avenue
Scranton, PA  18503

Re:   United States v. Joseph Atsus - No. 3:23-CR-149-04

Dear Judge Mannion:

For the Court's consideration regarding Joseph Atsus's sentencing tomorrow, January 13, 2026, I write to make one correction to the Sentencing Memorandum (ECF 376) at 9. Oralia Iniguez (Joseph Atsus's mother) had Joseph Atsus at age 18, not age 17.

I have also enclosed for the Court's consideration Mr. Atsus's allocution attached hereto as Exhibit "A."

Respectfully,

Patrick A. Casey

PAC:ajs
Enclosure
cc:   AUSA James Buchanan, Esq. (via ECF)
      USPO Matthew Lavelle (via electronic mail) (matt_lavelle@pamp.uscourts.gov)
      USPO Rebecca Filocco (via electronic mail) (rebecca_filocco@pamp.uscourts.gov)

425 Spruce Street, Suite 200 • Scranton, PA 18503     |     240 North Third Street, 5th Floor • Harrisburg, PA 17101
P: 570-342-6100 • F: 570-342-6147                          P: 717-553-6251

www.mbklaw.com