# EXHIBIT "A"

1/12/2026

The Honorable Malachy E. Mannion
Middle District of Pennsylvania
235 N. Washington Avenue
Scranton, PA 18501


Dear Judge Mannion:

        Thank you for taking the time to read this letter. I chose to write rather than speak because I have always struggled with public speaking, especially in stressful situations. Writing allows me to express myself clearly and respectfully.

        I want to begin by acknowledging the seriousness of this moment and my responsibility before the Court. I understand that I am here for sentencing, and I respect the judicial process and the Court's role in administering justice.

        I am a lifelong resident of the Moscow area and attended the North Pocono School District. My parents separated when I was 12 years old. I was raised by my father, a military veteran who served during World War II, the Korean War, and Vietnam. He raised my brother and me with discipline, structure, and a strong work ethic. From a young age, we learned responsibility, accountability, and the value of honest work. Although we lived simply, we were raised with integrity and respect for others.

        I began working at a young age and continued to work throughout my education. I graduated from North Pocono High School in 1992, earned an associate's degree in electronics from Johnson Technical Institute in 1994, and later completed my bachelor's degree in electrical engineering from SUNY Utica, NY in 1996. I supported myself through steady employment and remained a productive, law-abiding member of society.

        For three —half years I worked as assistant engineer for Finet Technologies, a fiber optics company, that closed up and moved overseas. For over twenty-one years, I was employed at the Walmart Distribution Center in Tobyhanna, Pennsylvania. I lost that position as a result of this case. Since then, I have worked full time in plumbing and HVAC to continue supporting myself and my family. I take pride in working honestly and contributing positively to my community.

        I have no prior criminal record. This experience has had significant consequences beyond the courtroom, including the loss of long-term employment, financial stability, insurance coverage, and professional relationships. These losses have been deeply humbling and have caused me to reflect seriously on my actions and the decisions that led me here.

        Most importantly, I am the father of a son, Dylan, who has special needs. Caring for Dylan is the greatest responsibility of my life. He relies on structure, routine, and emotional stability, and I strive every day to be present and supportive to the best of my ability. While parenting is challenging, I love my son unconditionally and remain fully committed to his well-being.

       Your Honor, I understand that accountability is an essential part of justice. I respectfully ask that the Court consider my lifelong record, my efforts to remain employed and responsible, and the impact this sentence will have on my son as you determine a fair and balanced outcome. Thank you for your time, consideration, and service.

Respectfully,

*[signature]*

Joseph R. Atsus