# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 3:23-CR-149-04 |
| | : | |
| JOSEPH ATSUS, | : | JUDGE MANNION |
| | : | |
| Defendant. | : | ELECTRONICALLY FILED |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Patrick A. Casey, Esq., undersigned counsel for Joseph Atsus, respectfully moves this Honorable Court for leave to withdraw as counsel of record, and, in support thereof, states as follows:

1. Counsel was retained by Defendant for representation in proceedings before the United States District Court only.

2. Mr. Atsus was sentenced on January 13, 2026.

3. On January 16, 2026, Attorney Robert M. Buttner entered his appearance (ECF 392) for the purpose of representing Mr. Atsus on direct appeal.

4. Counsel's representation has therefore concluded, and no further District Court proceedings are anticipated.

5.      Withdrawal at this stage by the undersigned will not prejudice Mr. Atsus as he is represented on direct appeal by Attorney Robert M. Buttner.

6.      Pursuant to LR 7.5, no concurrence is sought since the instant motion relates to appointment and withdrawal of counsel.

WHEREFORE, Patrick A. Casey, Esq. respectfully requests that the Honorable Court grant this Motion for Leave to Withdraw his Appearance as Counsel for Defendant, Joseph Atsus.

Respectfully submitted,

/s/ Patrick A. Casey
Patrick A. Casey
Myers, Brier & Kelly, LLP
425 Biden Street, Suite 200
Scranton, PA  18503
(570) 342-6100

*Attorney for Defendant, Joseph Atsus*

Date: January 16, 2026

## **CERTIFICATE OF SERVICE**

I, Patrick A. Casey, hereby certify that a true and correct copy of the foregoing Motion To Withdraw Appearance was served upon the following counsel of record via the Court's ECF system on this 16th day of January 2026:

    James Buchanan, Esquire
    United States Attorney's Office
    235 North Washington Avenue
    Suite 311
    Scranton, PA 18501

                                        /s/ Patrick A. Casey
                                        Patrick A. Casey