### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL NO. 3:23-CR-149-04** |
| | : | |
| **JOSEPH ATSUS,** | : | **JUDGE MANNION** |
| | : | |
| Defendant. | : | **ELECTRONICALLY FILED** |

### ORDER

**AND NOW**, this _____ day of January 2026, upon consideration of the Motion for Leave To Withdraw Appearance, **IT IS HEREBY ORDERED** that Defendant's Motion is **GRANTED** and Mr. Casey's Appearance shall be deemed **WITHDRAWN** as defense counsel for Defendant Joseph Atsus in the above-captioned matter.

BY THE COURT:

_____

Malachy E. Mannion
United States District Judge